**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-2264**

———————————

In Re: JAMES ARNOLD HORSEMAN, JR.;
In Re: PATTY JEAN HORSEMAN,

                                        Debtors.

_____


JAMES  ARNOLD  HORSEMAN,  JR.;  PATTY  JEAN
HORSEMAN,

                              Plaintiffs - Appellants,

        and

LORRAINE M. HORSEMAN,

                                        Plaintiff,

        versus

CONSTANCE M. HARE,

                              Defendant - Appellee.


———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-98-
1252-AMD, CA-98-1412-AMD, BK-95-3127-SD, AP-96-5-023-SD)

———————————

Submitted:  December 17, 1998      Decided:  December 29, 1998

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

---

James Arnold Horseman, Jr., Patty Jean Horseman, Appellants Pro Se. Gary Raymond Greenblatt, MEHLMAN & GREENBLATT, L.L.C., Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Arnold Horseman and Patty Jean Horseman appeal from the district court's orders (1) affirming the bankruptcy court's order denying their discharge in bankruptcy and (2) dismissing their appeal of the bankruptcy court's order setting aside a fraudulent conveyance. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Horseman v. Hare, Nos. CA-98-1252-AMD; CA-98-1412-AMD; BK-95-3127-SD; AP-96-5-023-SD (D. Md. June 19 & July 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2